No. 04-99-00931-CV


Jody COX and Christina Cox,

Appellants


v.


USAA PROPERTY AND CASUALTY INSURANCE, et al.,

Appellees


From the 224th Judicial District Court, Bexar County, Texas

Trial Court No. 96-CI-13002

Honorable David Peeples, Judge Presiding


Per Curiam

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice



Delivered and Filed: August 9, 2000


APPEAL DISMISSED FOR WANT OF PROSECUTION


 Appellants' brief, which was due on May 23, 2000, has not been filed. On June 13, 2000,
appellees filed a motion to dismiss for want of prosecution. On June 16, 2000, this court ordered
appellants to show cause in writing by July 3, 2000 why this appeal should not be dismissed for want
of prosecution. Appellants have not responded. The appellees' motion is granted. The appeal is
dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal are
taxed against appellants. PER CURIAM

DO NOT PUBLISH